**428**

Shirley W. DYSON, Appellant,

v.

Harvey Allen TOLLEY and Bobbie Mae Tolley, Appellees.

Court of Appeals of Kentucky.

June 29, 1973.

Rehearing Denied Sept. 28, 1973.

Stanley A. Stratford, Louisville, for appellant.

Charles H. Anderson, Louisville, for appellees.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

Mae Myrtle JONES, Appellant,

v.

Charles Willis JONES, Appellee.

Court of Appeals of Kentucky.

June 29, 1973.

Rehearing Denied Sept. 14, 1973.

David Kaplan, Stuart L. Lyon, Kaplan, Lyon, Brady & Samuel, Louisville, for appellant.

S. J. Stallings, Robert G. Stallings, Louisville, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, Appellant,

v.

Edward J. GOETZ and Lucille Goetz, his wife, Appellees.

Court of Appeals of Kentucky.

Aug. 17, 1973.

Jim Robinson, Department of Highways, Frankfort, Gene Lanham, Owensboro, for appellant.

John W. Beard, Beard, Rummage, Kamuf & Yewell, Owensboro, for appellees.

Memorandum PER CURIAM Opinion, Affirming.*

J. R. DAY, alias Junior Grant, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Aug. 17, 1973.

William C. Ayer, Jr., David E. Murrell, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

* Opinion ordered not to be published.